```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO URENA,

                                   Plaintiff,

    -v.-

DYNAMICS FOOD CORP. d/b/a Mughlai Grill,
MOHAMMAD BHUIYAN and KABEER BHUIYAN,

                                Defendants.
------------------------------------------------------------------------X

Case No.   23-CV-03205 (GHW)

~~PROPOSED~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Dynamics Food Corp. d/b/a Mughlai Grill, Mohammad Bhuiyan and Kabeer Bhuiyan (collectively, "Defendants"), having offered to allow plaintiff Antonio Urena ("Plaintiff") to take a judgment against them in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of all attorney's fees, interest, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 6, 2023 and filed as Exhibit A to Docket Number 25;

**WHEREAS**, on July 6, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No.25);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 6, 2023 and filed as Exhibit A to Docket Number 25.  The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: July 7, 2023
      New York, New York

_____
U.S.D.J. Gregory H. Woods